JOHN L. BURRIS (#69888)
ADANTÉ D. POINTER (#236229)
Law Offices of John Burris
Airport Corporate Center
7677 Oakport Street, Ste. 1120
Oakland, California  94621
Telephone Number:  (510) 839-5200
Facsimile Number:  (510) 839-3882
E-Mail Address:  john.burris@johnburrislaw.com

Attorneys for Plaintiff, MORRIS EMANUEL


RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants, CITY OF SAN JOSE and
OFFICER CONSTANTIN

*E-FILED - 6/23/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MORRIS EMANUEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　　Defendants. | Case Number:  C08-05321 RMW<br><br>**STIPULATION AND []**<br>**ORDER VACATING TRIAL DATE** |

　　　The undersigned, counsel for Plaintiff and Defendants herein, hereby stipulate that the trial date in this matter, June 28, 2010, be vacated and that a new trial date be set either in late July, 2010.

/ / / / /

1

STIPULATION AND [] ORDER
VACATING TRIAL DATE

Case Number:  C08-05321 RMW

564683

1  As good cause for this request, counsel for Defendants represents that he had
2  inadvertently agreed to a trial date of June 28, 2010 despite having made vacation plans
3  involving multiple family members during the time of the scheduled trial.  Counsel have
4  met and conferred and have agreed to request that the Court vacate the June 28, 2010
5  trial date and that a new trial date be set in late July, 2010.

6  **IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 15, 2009

By: _____/S/_____
ADANTE D. POINTER
Attorney at Law

Attorney for Plaintiff, MORRIS EMANUEL

Dated: June 15, 2009

RICHARD DOYLE, City Attorney

By: _____/S/_____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorney for Defendants, CITY OF SAN JOSE AND OFFICER CONSTANTIN

19  / / / / /
20  / / / / /
21  / / / / /
22  / / / / /
23  / / / / /
24  / / / / /
25  / / / / /
26  / / / / /

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, the June 28, 2010 trial date of this action is hereby vacated. The Court sets a new jury trial date for __July 26, 2010_____; a new Pretrial Conference for __July 15, 2010_____; and orders the Joint Pretrial Conference Statements be due no later than __July 9, 2010_____. All other dates set by the Court in the Civil Minute Order filed on April 17, 2009 shall remain.

Dated: __6/23/09_____    _Ronald M. Whyte_____
HONORABLE RONALD M. WHYTE
United Stated District Court Judge