JOHN L. BURRIS (#69888)
ADANTÉ D. POINTER (#236229)
Law Offices of John Burris
Airport Corporate Center
7677 Oakport Street, Ste. 1120
Oakland, California 94621
Telephone Number: (510) 839-5200
Facsimile Number: (510) 839-3882
E-Mail Address: adante.pointer@johnburrislaw.com

Attorneys for Plaintiff, MORRIS EMANUEL


RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

*E-FILED - 8/12/10*

Attorneys for Defendants, CITY OF SAN JOSE and OFFICER CONSTANTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MORRIS EMANUEL,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SAN JOSE, et al.,<br><br>          Defendants. | Case Number: C08-05321 RMW<br><br>**STIPULATION OF DISMISSAL AND [] ORDER** |

Pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1), Plaintiff Morris Emanuel and Defendants City of San Jose and Officer George Constantin hereby stipulate that this action be dismissed in its entirety, with prejudice.

1

Plaintiff and Defendants further stipulate and agree that each party shall bear their own attorneys fees and costs in connection with this action.

Respectfully submitted,

Dated: ~~July~~ August 3, 2010

By: /s/ Adante D. Pointer
ADANTE D. POINTER
Attorney at Law

Attorney for Plaintiff, MORRIS EMANUEL

Dated: July 4, 2010

RICHARD DOYLE, City Attorney

By: /s/ Michael J. Dodson
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorney for Defendants, CITY OF SAN JOSE AND OFFICER CONSTANTIN

## ORDER

Pursuant to the Stipulation of Dismissal by and between the parties to this action, through their designated counsel, the above-captioned action is hereby DISMISSED with prejudice pursuant to F.R.C.P. 41(a)(1), and it is further ordered that each party shall bear their own attorneys fees and costs in connection with this action.

Dated: 8/12/10

/s/ Ronald M. Whyte
HONORABLE RONALD M. WHYTE
United Stated District Court Judge